| No | IP | Hit Date UTC | ISP |
|---|---|---|---|
| 1 | 143.204.93.195 | 2019-01-31 (between 11:45 and 12:25 UTC ) | Cloudflare |
| 2 | 104.25.0.117 | 2019-02-27     08:12:17 | Cloudflare |
| 3 | 104.27.215.28 | 2019-02-27     08:12:17 | Cloudflare |
| 4 | 104.31.17.3 | 2019-02-27     08:20:13 | Cloudflare |
| 5 | 52.222.153.217 | 2019-02-27     08:20:13 | Amazon |

Exhibit "1"